# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TAFOYA,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF HANFORD,<br><br>          Defendant. | Case No. 1:20-cv-01707-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN FOURTEEN DAYS |

Christopher Tafoya ("Plaintiff") is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 23, 2020, Plaintiff filed a complaint in this action.[1] However, Plaintiff did not file an application to proceed *in forma pauperis* nor did he pay the filing fee. Plaintiff is required to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff with an application to proceed *in forma pauperis* by a prisoner;

2. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed,

---

[1] The Court takes judicial notice that Plaintiff has previously filed an action based on the allegations in the complaint that was voluntarily dismissed after screening. See Tafoya v. City of Hanford, No. 1:20-cv-00010-DAD-SAB (E.D. Cal.).

1

or in the alternative, pay the $402.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **December 8, 2020**

UNITED STATES MAGISTRATE JUDGE