# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TAFOYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HANFORD,<br><br>　　　　Defendant. | Case No. 1:20-cv-01707-NONE-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4) |

Christopher Tafoya ("Plaintiff") is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 23, 2020, Plaintiff filed a complaint in this action. However, Plaintiff did not file an application to proceed *in forma pauperis* nor did he pay the filing fee. On December 8, 2020, the Court ordered Plaintiff to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee. (ECF No. 2.)

On December 21, 2020, the Court docketed a notice of voluntary dismissal filed by Plaintiff pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (ECF No. 3.) On December 22, 2020, Plaintiff also filed a motion to proceed *in forma pauperis*. (ECF No. 4.) However, before the *in forma pauperis* application was filed on the docket, the Court signed an order dismissing this action pursuant to the notice of voluntary dismissal filed by Plaintiff. (ECF No. 5.) The order dismissing the action was not entered on the docket until after the *in forma*

1  *pauperis* application was filed. (ECF Nos. 4, 5.) Nonetheless, a Rule 41 voluntary dismissal is
2  effective on filing. Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077
3  (9th Cir. 1999) ("Thus, it is beyond debate that a dismissal under Rule 41(a)(1) is effective on
4  filing, no court order is required, the parties are left as though no action had been brought, the
5  defendant can't complain, and the district court lacks jurisdiction to do anything about it.")
6  Therefore, Plaintiff is notified that this action has already been closed pursuant to his notice of
7  voluntary dismissal.

8  Accordingly, the motion to proceed *in forma pauperis* (ECF No. 4) is HEREBY
9  DISREGARDED.

IT IS SO ORDERED.

Dated:   **December 23, 2020**

UNITED STATES MAGISTRATE JUDGE